## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| STORM CAT ENERGY ACQUISITIONS, LLC | ) | Case No. 16-18925 TBM |
| EIN: 45-3126793, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## MOTION FOR JOINT ADMINISTRATION

Storm Cat Energy Acquisitions, LLC ("the Debtor"), through proposed counsel, respectfully requests the entry of an order authorizing the joint administration of this case with the pending Chapter 11 cases of affiliated debtors as more specifically set forth herein. In support of this request for joint administration, the Debtor respectfully states to the Court as follows:

1.      On September 8, 2016 (the "Petition Date"), the Debtor filed its voluntary petition under Chapter 11 of the of title 11, U.S.C. (the "Bankruptcy Code").

2.      On the Petition Date, four affiliated entities,  Battalion Resources, LLC, Storm Cat Energy (Powder River), LLC, Storm Cat Energy (USA) Operating Corporation, and Storm Cat Energy Acquisitions, LLC filed their voluntary petitions under Chapter 11 of the Bankruptcy Code.

3.      The four cases were originally assigned to different judges. Orders have now entered, pursuant to L.B.R. 1073-1, assigning all the cases to the Honorable Thomas B. McNamara.

4.      Pursuant to Fed. R. Bankr. Pro. 1015(b), the Court is authorized to jointly administer bankruptcy proceedings if the debtor entities are affiliated entities with proceedings pending in the same court. Specifically, Rule 1015(b) provides, in relevant part:

> If a joint petition or two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates.

5.    The four Chapter 11 debtors are affiliates, as that term is defined under 11 U.S.C § 101(2).  Battalion Resources, LLC is the manager and sole member of Storm Cat Energy (Powder River), LLC and Storm Cat Energy Acquisitions, LLC, and it is the sole shareholder of Storm Cat Energy (USA) Operating Corporation.

6.    Joint administration would promote efficiency and economy in the administration of the three bankruptcy estates and will aid in expediting the administration of the cases while rendering the process less costly. The debtors' reorganization efforts will be intertwined due to their related assets and historical operations, and they should be combined into a single "lead case" for administration.

7.    Joint administration is also appropriate under L.B.R. 1015-1. It will not create a conflict of interest for the creditors of the estates. Joint administration will neither prejudice the substantive rights of creditors or other interested parties nor cause confusion in cash management, including use of cash collateral under the Bankruptcy Code.

8.    Counsel and other professionals for the jointly administered estates will allocate fees and costs to the specific debtor, where applicable. Fee applications filed in the jointly administered cases will designate the entity to which the fees and costs are attributable.

9.    Appropriate notice will be given to claimants and other interested parties of claims filing and management among the jointly administered estates, including notifying creditors and other interested parties of the entity whether their claim is applicable to the Debtor or its debtor affiliates.

2

10.     Finally, joint administration will avoid the possibility of inconsistent rulings if the four cases were administered independently. The Debtor requests that the case of Battalion Resources, LLC, as the "lower-numbered (first) case" under L.B.R. 1015-1(d)(1), be known as the "lead case," and that orders, pleadings, and other documents filed in this case have a caption demonstrating joint administration, as shown in the proposed order submitted herewith.

WHEREFORE, the Debtor requests the entry of an order granting this Motion for Joint Administration and for such other relief as the Court deems appropriate.

Dated this 9th day of September, 2016.

**LINDQUIST & VENNUM LLP**

By:      /s/ Harrie F. Lewis
           Theodore J. Hartl, #32409
           Harrie Lewis, #10972
           Stephanie A. Kanan, #42437
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
thartl@lindquist.com

Proposed Counsel for Storm Cat Energy Acquisitions, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 9, 2016, the foregoing **MOTION FOR JOINT ADMINISTRATION**, was served by U.S. Mail, first class postage prepaid, on the following:

Paul Moss, Esq.
Office of the United States Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, CO  80294


　　　　　　　　　　　　　　　　/s/ Lorri K. Parker　　　　　　

DOCS-#5527341-v1