# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| STORM CAT ENERGY ACQUISITIONS, LLC | )   Case No. 16-18925-TBM |
| EIN: 45-3126793, | )   Chapter 11 |
| | ) |
| Debtor. | ) |

## DISCLOSURE REGARDING RECEIVERS

Storm Cat Energy Acquisitions, LLC (the "Debtor"), through proposed counsel, for its Disclosure Regarding Receivers, states:

[x]   No receiver is in possession of Debtor's property.

[ ]   A receiver is in possession of all or part of the Debtor's property:

Identification (by address or legal description of property(ies)): _____

Name of Creditor: _____
Name, Address, and Telephone Number of Receiver: _____


Attorney for Receiver (if any): _____
Name, Address, and Telephone Number of Attorney: _____


Date of Appointment of Receiver: _____
Court Appointing Receiver and Case No: _____


Dated: September 9, 2016      By: /s/ Christopher M. Naro
                                   CFO of the Debtor

Dated this 9th day of September, 2016.

                          **LINDQUIST & VENNUM LLP**

                          By:   /s/Theodore J. Hartl
                                Theodore J. Hartl, #32409
                                Harrie Lewis, #10972
                                Stephanie A. Kanan, #42437
                      600 17th Street, Suite 1800 South
                      Denver, CO, 80202-5441
                      Telephone: (303) 573-5900
                      Facsimile: (303) 573-1956
                      thartl@lindquist.com

                      *Proposed Counsel for Storm Cat Energy Acquisitions, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2016, a true and correct copy of the foregoing **DISCLOSURE REGARDING RECEIVERS** was deposited in the U.S. Mail, first class postage prepaid, to the parties identified on the attached list.

*/s/ Brandon Blessing*

1125 Pearlmark Broadreach LLC
PO Box 911962
Denver, CO  80291-1962

Argonaut Insurance Co.
PO Box 469011
San Antonio, TX  78246-9011

Bighorn Gas Gathering LLC
1437 S. Boulder Ave.
Ste. 1500
Tulsa, OK  74119-3622

BP ENERGY COMPANY
201 Helios Way
Houston, TX  77079 -2678

British Petroleum
BP America Production Company
PO Box 277897
Atlanta, GA  30384-7897

Campbell County Treasurer
Attn:  Becky Brazelton
PO Box 1027
Gillette, WY  82717-1027

Gabrielle Manigault
832 Greenough Road
Recluse, WY  82725

JM Huber Corporation
Attn: Glenda Rawlinson
10920 W. Sam Houston Parkway N
Ste. 800
Houston, TX  77064-6322

Johnson County Treasurer
76 N Main St., Rm 102
Buffalo, WY  82834-1825

JP Morgan Chase Bank N.A.
1111 Fannin St., Floor 10
Houston, TX  77002-6925

2

Montana Department of Revenue
PO Box 6309
Helena, MT  59604-6309

ONEOK Rockies Midstream LLC
PO Box 871
Tulsa, OK  74102-0871

Padlock Ranch Company
d/b/a Padlock Ranch Co. Inc.
8420 US Highway 14
Ranchester, WY  82839-8504

PeeGee Ranch
Giles W Pritchard-Gordon (Farm) Ltd
PO Box 262086
Littleton, CO  80163-2086

Regiment Capital Special Situations Fund III LP
1251 Avenue of the Americas
Ste. 4700
New York, NY  10020-1104

Rivington Financial Svcs LLC
6377 S. Revere Pkwy. Ste 100
Centennial, CO  80111-6488

Sheridan County Treasurer/ Ad Valorem
Attn:  Peter C. Carroll
224 S. Main St., Ste. B-3
Sheridan, WY  82801-4833

State of Wyoming
Dept. of Revenue, Mineral Tax Division
122 W 25th St
Cheyenne, WY  82002

WBI Energy Midstream LLC
PO Box 5601
Bismarck, ND  58506-5601

Wood Group Production Services Inc.
PO Box 301415
Dallas, TX  75303-1415

2

WGR Asset Holding Company LLC
PO Box 730467
Dallas, TX  75373-0467

WPX Rocky Mountain
21237 Network Pl
Chicago, IL  60673-1212

WPX Energy Rocky Mountain LLC
PO Box 3102, Mail Drop 37-1
Tulsa, OK  74101-3102

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

Office of the United States Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, CO  80294

JP MORGAN CHASE BANK NA
Attn:  Matt Feldman
383 Madison Ave Fl 3
New York, NY  10179-0001

BP ENERGY COMPANY
C/O THE CORPORATION COMPANY
1675 BROADWAY, STE. 1200
DENVER, CO  80202

BP ENERGY COMPANY
501 WESTLAKE PARK BOULEVARD
HOUSTON, TX  77079

RICHARD L. SMITH
MANAGING DIRECTOR & ASSOC. GEN. COUNSEL
JP MORGAN CORPORATE AND INVESTMENT BANK
1 CHASE SQUARE
ROCHESTER, NY  14643-0001